WILLIAM H. NEWMAN, PLAINTIFF, *v.* LE GRAND MARVIN AND GEORGE L. MARVIN, DEFENDANTS.

MOTION by defendants for a new trial, on a case and exceptions at General Term, under section 268 of the Code. The action was brought to compel the defendants to convey to the plaintiff a certain lot of land in Buffalo, and to account for the rents and profits. Judge GILBERT in his opinion, says : " No plainer case than this was ever presented in a court of equity. The facts found by the learned justice at Special Term, are fully warranted by the evidence ; and they show not only that the property in dispute was purchased in violation of the rule that a trustee shall not deal with the trust estate for his own benefit, but in pursuance of a conspiracy between both defendants to deprive the plaintiff of the benefit of such purchase."

*John C. Strong,* for the plaintiff.

*E. C. Sprague,* for the defendants.

Opinion by GILBERT, J.

Motion for a new trial denied with costs.